UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE PRECIOSO UGARTE, | No. C-13-4691 EMC (pr) |
| Petitioner, | |
| v. | **ORDER OF DISMISSAL** |
| ORANGE COUNTY SUPERIOR COURT; *et al.*, | |
| Respondents. | |

On October 10, 2013, mail was sent from the Court to Petitioner at the address he provided on his petition for writ of mandate and was returned undelivered on October 14, 2013, marked "return to sender - attempted/not known - unable to forward." (Docket # 9.) Petitioner has not provided any address other than the one to which the undeliverable mail was sent. More than sixty days have passed since the mail was returned to the Court undelivered. Petitioner has failed to comply with Local Rule 3-11(a) which requires that a party proceeding *pro se* must "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the Court to dismiss a complaint without prejudice when mail directed to a *pro se* party is returned as not deliverable and the *pro se*

///
///
///
///
///

1  party fails to send a current address within sixty days of the return of the undelivered mail. This
2  action is **DISMISSED** without prejudice because Petitioner failed to keep the Court informed of his
3  address in compliance with Local Rule 3-11(a).

5      IT IS SO ORDERED.

7  Dated: February 5, 2014

                                                                         _____
EDWARD M. CHEN
United States District Judge

**United States District Court**
For the Northern District of California

2